UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| FRANKIE GRAEWE, Sr. , ) | CASE NO. 5:10-cv-506 |
| ) | |
| Petitioner, ) | JUDGE JOHN R. ADAMS |
| ) | |
| -vs- ) | |
| ) | MEMORANDUM OF OPINION |
| JESSE WILLIAMS ) | AND ORDER |
| Warden, ) | |
| ) | |
| Respondant. ) | |

This matter came before the Court on Petitioner's petition for habeas corpus pursuant to 28 U.S.C. §2254. Doc. 1. This Court referred the matter to the Magistrate Judge. The Magistrate Judge submitted a report and recommendation recommending that the Court deny the petition. Doc. 14

Fed. R. Civ. P. 72(b) provides that the parties may object to a report and recommendation within 14 days after service. Petitioner was further granted a 60 day extension to respond to the report and recommendation. Petitioner did not file any objections to the Magistrate Judge's report and recommendation. Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984); *Howard v. Sec'y of Health and Human Servs.*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

Accordingly, the report and recommendation of the Magistrate Judge is hereby adopted. The Petition for Habeas Corpus is DISMISSED. The Court certifies, pursuant to 28 U.S.C.

§1915(A)(3), that an appeal from this decision could not be taken in good faith, and that there is no basis upon which to issue a certificate of appealability.

    IT IS SO ORDERED.


Dated:  <u>August 19, 2011</u>                                      */s/ John R. Adams*_____
                                                          UNITED STATES DISTRICT JUDGE